IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINE SYSTEMS, INC | : | CIVIL ACTION |
| | : | NO.  11-6527 |
| v. | : | |
| | : | |
| SPRINT NEXTEL CORPORATION | : | |

**<u>ORDER</u>**

AND NOW, this 24th day of July, 2012, upon consideration of Sprint Nextel

Corporation's motion to dismiss the Complaint of Line Systems, Inc. and the parties' responses,

it is ORDERED that:

1)      plaintiff's claims for violations of 47 U.S.C. §§ 201 and 203 and account stated

are DISMISSED;

2)      defendant's motion is DENIED in all other respects;

3)      plaintiff is granted leave to amend its claim for violation of 47 U.S.C. § 201;

4)      the stay of discovery pursuant to the Court's May 8, 2012 Order is lifted; and

5)      within fourteen days of the date of this Order:

a)      plaintiff may file an amended complaint;

b)      the parties shall submit to the Court a stipulation to substitute defendants

in accordance with plaintiff's response in opposition to defendant's motion

to dismiss (Dkt. No. 21); and

c)      the parties shall agree to a discovery schedule and submit same to the

Court.

If the parties believe a settlement conference would be productive they should contact my

chambers (215-597-2750) promptly.

_s/Thomas N. O'Neill, Jr._
THOMAS N. O'NEILL, JR., J.